NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0494

Kiera Crawford, Individually and on behalf of Saniya
Crawford and Malcolm Crawford

- - Versus - -

Shelter General Insurance Company and Matthew Labee

19th Judicial District Court
Case #: 643773
East Baton Rouge Parish

On Application for Rehearing filed on 08/11/2021 by Kiera Crawford, et al

Rehearing     **DENIED**

_____
J. Michael McDonald

_____
Guy Holdridge

_____
Allison H. Penzato

Holdridge J. would grant.

Date   **OCT 1 2 2021**

Rodd Naquin, Clerk